IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JULANDIA UNETTA MOONEY                                                                              PLAINTIFF

v.                                             NO. 4:11CV00239 JLH

ERIC SHINSEKI, Secretary,
Department of Veterans Affairs                                                                      DEFENDANT

## ORDER

On August 3, 2011, the Court entered an order giving notice to the plaintiff that the Court would dismiss this action without prejudice unless proof of service was filed on or before September 2, 2011, or the plaintiff establishes good cause for failure to serve summons and complaint within 120 days after the filing of the complaint. The plaintiff has not filed proof of service nor shown good cause for failure to serve the summons and complaint within 120 days. Therefore, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this action is dismissed without prejudice.

IT IS SO ORDERED this 6th day of September, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE